395 A.2d 979

Commonwealth ex rel. Volz v. Volz, Appellant.

Argued September 14, 1978. Christopher Volz, appellant, in pro. per.; John E. Gallagher, District Attorney, submitted a brief for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.